O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br>  v.<br>TONI MACIEL,<br>       Defendant.<br>_____ | CASE NO. CR16-636-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On January 9, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on September 22, 2016, Government counsel, Thomas Rybarczyk, the defendant and his appointed attorney, Craig Harbaugh, were present. The U.S. Probation Officer, Eunice Habig, was also present.

The defendant admitted allegation no. 1 and the amended allegation no. 2 in violation of his supervised release, as stated in the Petition filed on September 22, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 17, 2012.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, that the defendant will continue on supervised release for a term of thirty-six (36) months, under the same terms and conditions previously imposed, with the added conditions, as follow:

- During the course of supervision, the offender shall refrain from the use of illicit controlled substances, including but not limited to marijuana, medical marijuana, Spice, K1, synthetic marijuana.

- Shall participate in and successfully complete a cognitive-based life skills program, as approved by the Probation Officer. The offender may be ordered to pay all or part of the cognitive-based life skills program costs.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: January 9, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Ingrid Valdes,  Deputy Clerk

2