O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-636-CAS |
| Plaintiff, | |
| v. | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| TONI MACIEL, | |
| Defendant. | |

On March 20, 2017 and May 8, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on March 8, 2017. Government counsel, Thomas Rybarczyk, the defendant and his appointed Deputy Federal Public Defender attorney, Craig Harbaugh, were present. The U.S. Probation Officer, Eunice Habig, was also present.

The defendant admitted to allegation nos. 1 and 2, in violation of his supervised release, as stated in the Petition on Probation and Supervised Release filed on May 8, 2017. The Court granted the government's request to dismiss allegation no. 3 of the Petition on Probation and Supervised Release. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 17, 2012, and January 9, 2017.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, that the period of supervised release is continued for a term of thirty-two

(32) months, under the same terms and conditions as previously imposed, with the added condition:

- For a period not to exceed six months, defendant is ordered to reside at, participate in and successfully complete a residential substance abuse and counseling program as approved by the United States Probation Office, that includes testing to determine whether the offender has reverted to the use of drugs or alcohol and the offender shall observe the rules of that facility.  Defendant shall be evaluated for admission to the Southern California Alcohol and Drug Positive Steps program for admission.  If defendant qualifies for admission to the Southern California Alcohol and Drug Positive Steps program and the United States Probation Office determines that program is appropriate for defendant, then defendant shall participate and successfully complete the program.  If, however, defendant does not qualify for the program or the United States Probation Office determines that program is not appropriate for defendant, then defendant shall be placed in a residential substance abuse and counseling program as selected by the United States Probation Office.

FILE/DATED:   May 11, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By:___/S/_____
     Catherine M. Jeang,  Deputy Clerk

2