# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-636-CAS - 1 |
| Plaintiff, | |
| v. | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| TONI MACIEL, | |
| Defendant. | |

On June 29, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on June 22, 2017. Government counsel, Thomas Rybarczyk, the defendant and his appointed Deputy Federal Public Defender attorney, Craig Harbaugh, were present. The U.S. Probation Officer, Eunice Habig, was also present.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on June 22, 2017. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 17, 2012, January 9, 2017 and May 11, 2017.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's Supervised Release is hereby revoked. Defendant is committed to the custody of the Bureau of Prisons for a term of three (3) months, with no supervision to follow.

///

1  IT IS FURTHER ORDERED that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, August 1, 2017.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     June 29, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
       Catherine M. Jeang,  Deputy Clerk